■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MATTER, Appellant. [680 NYS2d 885] —Judgment

unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.— Sexual Abuse, 1st Degree.) Present—Green, J. P., Wisner, Pigott, Jr., Balio and Fallon, JJ.